```
                                    FILED
                                  MAY 0 8 2008
                            CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1494-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| GUSTAVO PEREZ-VELAZQUEZ, ) aka Juan Francisco ) Ponce-Aispuro, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 15, 2007, within the Southern District of California, defendant GUSTAVO PEREZ-VELAZQUEZ, aka Juan Francisco Ponce-Aispuro, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 5/8/08

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/17/08